1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION)

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST; and BOARD OF TRUSTEES OF THE DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST,<br><br>            Plaintiffs,<br>   v.<br><br>HAAGSMA & PINHEIRO DAIRY, a California general partnership, DAVID HAAGSMA, an individual and general partner of HAAGSMA & PINHEIRO DAIRY, and LISA M. HAAGSMA, an individual and general partner of HAAGSMA & PINHEIRO DAIRY,<br><br>            Defendants. | CASE NO.: 5:21-CV-00116-JGB (KK)<br><br>**(PROPOSED) ORDER GRANTING THE JOINT STIPULATION TO DISMISS AND REQUEST TO RETAIN JURISDICTION; STIPULATION FOR ENTRY OF JUDGMENT**<br><br>[Complaint Filed:  01/21/21]<br><br>Judge: Hon. Jesus G. Bernal |

(PROPOSED) ORDER - 1
Case No.: 5:21-CV-00116-JGB (KK)

After having considered the joint Stipulation to Dismiss, Request to Retain Jurisdiction and the Stipulation for Entry of Judgment filed on December 23, 2021, and good cause appearing;

IT IS HEREBY ORDERED that the above-captioned case be dismissed pursuant to the Stipulations of Plaintiffs and Defendants HAAGSMA & PINHEIRO DAIRY, a California general partnership, DAVID HAAGSMA, an individual and general partner of HAAGSMA & PINHEIRO DAIRY, and LISA M. HAAGSMA, an individual and general partner of HAAGSMA & PINHEIRO DAIRY.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Settlement Agreement *(Exhibit "A" to the Stipulation to Dismiss and Request to Retain Jurisdiction; Stipulation for Entry of Judgment filed on December 23, 2021)* against Defendants Haagsma & Pinheiro Dairy, David Haagsma, and Lisa M. Haagsma.

IT IS FURTHER ORDERED that if Defendants default on the terms of the Settlement Agreement, Plaintiff may file an Application for Judgment pursuant to the terms of the Stipulation for Entry of Judgment filed on December 23, 2021.

**IT IS SO ORDERED**

Dated: _____

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER - 2
Case No.: 5:21-CV-00116-JGB (KK)