JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
(EASTERN DIVISION)

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST; and BOARD OF TRUSTEES OF THE DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>HAAGSMA & PINHEIRO DAIRY, a California general partnership, DAVID HAAGSMA, an individual and general partner of HAAGSMA & PINHEIRO DAIRY, and LISA M. HAAGSMA, an individual and general partner of HAAGSMA & PINHEIRO DAIRY,<br><br>　　　　　　　　Defendants. | CASE NO.: 5:21-CV-00116-JGB (KK)<br><br>**ORDER GRANTING THE JOINT STIPULATION TO DISMISS AND REQUEST TO RETAIN JURISDICTION; STIPULATION FOR ENTRY OF JUDGMENT**<br><br>[Complaint Filed: 01/21/21] |

ORDER - 1
Case No.: 5:21-CV-00116-JGB (KK)

| | |
|---|---|
| 1 | After having considered the joint Stipulation to Dismiss, Request to Retain |
| 2 | Jurisdiction and the Stipulation for Entry of Judgment filed on December 23, 2021, |
| 3 | and good cause appearing; |
| 4 | IT IS HEREBY ORDERED that the above-captioned case be dismissed |
| 5 | pursuant to the Stipulations of Plaintiffs and Defendants HAAGSMA & |
| 6 | PINHEIRO DAIRY, a California general partnership, DAVID HAAGSMA, an |
| 7 | individual and general partner of HAAGSMA & PINHEIRO DAIRY, and LISA |
| 8 | M. HAAGSMA, an individual and general partner of HAAGSMA & |
| 9 | PINHEIRO DAIRY. |
| 10 | IT IS FURTHER ORDERED that the Court shall retain jurisdiction to |
| 11 | enforce the Settlement Agreement *(Exhibit "A" to the Stipulation to Dismiss and* |
| 12 | *Request to Retain Jurisdiction; Stipulation for Entry of Judgment filed on* |
| 13 | *December 23, 2021)* against Defendants Haagsma & Pinheiro Dairy, David |
| 14 | Haagsma, and Lisa M. Haagsma. |
| 15 | IT IS FURTHER ORDERED that if Defendants default on the terms of the |
| 16 | Settlement Agreement, Plaintiff may file an Application for Judgment pursuant |
| 17 | to the terms of the Stipulation for Entry of Judgment filed on December 23, |
| 18 | 2021. |
| 19 | **IT IS SO ORDERED** |
| 21 | DATED:  January 13, 2022 |
| 22 | HON. JESUS G. BERNAL |
| 23 | UNITED STATES DISTRICT JUDGE |

ORDER - 2

Case No.: 5:21-CV-00116-JGB (KK)